UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TORIA ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No: 4:16CV2136 HEA |
| | ) |
| CREVE COEUR URGENT CARE LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff filed complaint on December 22, 2016 [Doc. No. 1]. Defendants filed their answers on May 10, 2017 [Doc. Nos. 10 & 11]. On October 25, 2018, the Court granted defense counsel leave to withdraw and ordered Defendants to have new counsel enter on or before November 26, 2018 [Doc. No. 50]. That date has passed and no new counsel has entered for Defendants. On December 14, 2018, Plaintiffs filed a Motion for Default Judgment as to Defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, and UCSL LLC and for Summary Judgment as to Defendant Sonny Saggar [Doc. No. 55]. Defendants have failed to file a response or opposition to the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants are to Show Cause to the Court, within 10 days of the date of this order, why the Motion for Default Judgment as to Defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, and UCSL LLC and for Summary Judgment as to Defendant Sonny Saggar [Doc. No. 55] should not be granted.

Dated this 5th day of April, 2019.

_____
  HENRY EDWARD AUTREY
  UNITED STATES DISTRICT JUDGE