# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TORIA ANDERSON and WENDY MEDINA, individually, and on behalf of others similarly situated,<br><br>       Plaintiffs,<br>vs.<br><br>CREVE COEUR URGENT CARE LLC, DOWNTOWN URGENT CARE LLC, EUREKA CLINIC LLC, NORTH CITY URGENT CARE LLC, UCSL LLC, *doing business as* "St. Louis Urgent Cares," and SONNY SAGGAR,<br><br>       Defendants. | Case No. 4:16-cv-02136 HEA |

## JOINT STIPULATION OF ALL UNCONTESTED FACTS

## STATEMENT OF THE CASE

This is a civil case brought by the plaintiffs Toria Anderson and Wendy Medina against the defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, UCSL LLC, doing business as St. Louis Urgent Cares, and Sonny Saggar. Plaintiffs contend that the defendants failed to pay them overtime wages due under the Fair Labor Standards Act. Defendants deny that they owe plaintiffs overtime wages. It will be your duty to decide from the evidence whether the plaintiffs are entitled to a verdict against the defendants.

## UNCONTESTED FACTS

1.      Defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, UCSL LLC, and Sonny Saggar jointly operate urgent

1

care facilities and do/did business as "STLHealthWorks," an umbrella marketing name for the urgent care facilities and other health care related activities.

2. STLHealthWorks's current urgent care facilities are Downtown Urgent Care, Creve Coeur Urgent Care, and North City Urgent Care. A fourth facility—the Eureka Clinic—was previously part STLHealthWorks, but this facility closed in 2016.

3. Defendant Sonny Saggar is the founder of Defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, and UCSL LLC.

4. At all relevant times, Defendant Sonny Saggar is/was the managing member of each Defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, and UCSL LLC.

5. At all relevant times, Defendant Sonny Saggar has provided direct patient care as a physician at each of Defendants' facilities.

6. At all relevant times, Defendant Sonny Saggar has exercised operational and managerial control over Defendants' urgent care facilities.

7. Throughout the period of 2013 – 2016, the urgent care facilities operated by Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, UCSL LLC, and Sonny Saggar were an "[e]nterprise engaged in commerce or in the production of goods for commerce" within the meaning of 29 U.S.C. § 203(s).

8. Defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, UCSL LLC, and Sonny Saggar jointly employed Plaintiff Toria Anderson as a Medical Assistant from approximately January 2013 to May 22, 2016.

9. Defendants Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, UCSL LLC, and Sonny Saggar jointly employed Plaintiff Wendy Medina as a Medical Assistant from approximately 2011 or 2012 until May 31, 2016.

10. At all relevant times, Plaintiffs received an hourly rate of pay for the work they performed for Defendants and recorded in Defendants' electronic timekeeping system.

11. Defendants directed Plaintiffs to record their working time by clocking in and out of Defendants' electronic timekeeping system.

12. In order to clock in or out of Defendants' timekeeping system, Plaintiffs had to be present at one of Defendants' urgent care facilities.

13. To the extent each Plaintiff's hours worked on the clock for all Defendants combined exceeded 40 in a workweek, Defendants paid her overtime compensation.

14. Prior to June 2018, Defendants did not have records in their possession showing the amounts Plaintiffs received in base pay, weekend pay, and overtime pay, respectively for each pay period from December 2013 through May 2016.

15. Prior to June 2018, Defendants did not have records in their possession showing the times Plaintiffs clocked in and out each day in the period of December 2013 through May 2016.

16. Prior to June 2018, Defendants did not have records in their possession showing the amount of time Plaintiffs worked each day or week in the period of December 2013 through May 2016.

17. Defendants required Plaintiffs to enter information from patients' charts into Defendants' electronic medical records system by the end of the day in which the patient had visited Defendants' urgent care facility.

18. Plaintiff Toria Anderson entered information from patients' charts into Defendants' electronic medical records system from her home, while she was not clocked in to Defendants' timekeeping system.

19. Plaintiff Wendy Medina entered information from patients' charts into Defendants' electronic medical records system from her home, while she was not clocked in to Defendants' timekeeping system.

20. Dr. Sonny Saggar knew that Plaintiffs had to be present at one of Defendants' urgent care facilities in order to clock in or out of Defendants' timekeeping system.

21. Renita Barringer knew that Plaintiffs had to be present at one of Defendants' urgent care facilities in order to clock in or out of Defendants' timekeeping system.

22. Dr. Sonny Saggar knew that Plaintiffs did not have to be present at Defendants' urgent care facilities in order to enter information from patients' charts into Defendants' electronic medical records system.

23. Renita Barringer knew that Plaintiffs did not have to be present at Defendants' urgent care facilities in order to enter information from patients' charts into Defendants' electronic medical records system.

24. Defendants paid Plaintiffs based on a workweek running from Monday to Sunday.

RESPECTFULLY SUBMITTED,

Dated: October 25, 2021

By: <u>Nicholas Conlon</u>
Nicholas Conlon
Jason T. Brown
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com
jtb@jtblawgroup.com

*Lead Counsel for Plaintiffs*

Anthony M. Pezzani
Engelmeyer & Pezzani, LLC
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017
(636) 532-9933 Phone
(314) 863-7793 Facsimile
tony@epfirm.com

*Local Counsel for Plaintiffs*

By: <u>Eric Kendall Banks</u>
Eric Kendall Banks
Banks Law, LLC
1824 Chouteau Avenue
St. Louis, MO  63103
T: (314) 583-7075
eFax: (302) 365-2789
ericbanks@bankslawllc.com

*Counsel for Defendants*