UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TORIA ANDERSON and WENDY MEDINA, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CREVE COEUR URGENT CARE LLC, DOWNTOWN URGENT CARE LLC, EUREKA CLINIC LLC, NORTH CITY URGENT CARE LLC, UCSL LLC, *doing business as* "St. Louis Urgent Cares," and SONNY SAGGAR,<br><br>Defendants. | Case No. 4:16-cv-02136<br><br>Judge Henry Edward Autrey |

**PLAINTIFFS' DESIGNATION OF INTERROGATORY ANSWERS**

COME NOW Plaintiffs, by and through counsel undersigned counsel, pursuant to the Court's Case Management Order of June 23, 2021 (ECF No. 122), and for their Designation of Interrogatory Answers, state as follows:

1. PLAINTIFFS' DESIGNATION OF INTERROGATORY ANSWERS

    Defendant Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, UCSL LLC's Responses to Plaintiffs' First Set of Interrogatories, Nos. (served on February 21, 2018), Responses to Interrogatory Nos. 1-8.

    Defendant Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, UCSL LLC's Supplemental Responses to Plaintiffs' First Set of Interrogatories Defendants' Responses to Plaintiffs' First Set of Requests to Admit and Second Set of Interrogatories (served on July 2, 2018), Responses to Interrogatory Nos. 3-5, 10, 12.

    Defendants' Responses to Plaintiffs' First Set of Requests to Admit and Second Set of Interrogatories (served on July 2, 2018), Responses to Interrogatory No. 1

|  |  |  |
|---|---|---|
|  |  | RESPECTFULLY SUBMITTED, |
| Dated: October 25, 2021 | By: | /s Nicholas Conlon |

Nicholas Conlon
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiffs*

Anthony M. Pezzani
Engelmeyer & Pezzani, LLC
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017
(636) 532-9933 Phone
(314) 863-7793 Facsimile
tony@epfirm.com

*Local Counsel for Plaintiffs*