UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TORIA ANDERSON and WENDY MEDINA, individually, and on behalf of others similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>CREVE COEUR URGENT CARE LLC, DOWNTOWN URGENT CARE LLC, EUREKA CLINIC LLC, NORTH CITY URGENT CARE LLC, UCSL LLC, *doing business as* "St. Louis Urgent Cares," and SONNY SAGGAR,<br><br>          Defendants. | Case No. 4:16-cv-02136<br><br>Judge Henry Edward Autrey |

**PLAINTIFFS' PROPOSED *VOIR DIRE* QUESTIONS FOR PROSECTIVE JURORS**

COME NOW Plaintiffs, by and through counsel undersigned counsel, and hereby submit, pursuant to Federal Rule of Civil Procedure 47 and the Court's Requirements, the following questions proposed *voir dire* questions for prospective jurors:[1]

**General Questions**:

1. Does anyone have a personal interest in the outcome of this case or any interest arising out of any relationship with a party to this case?

2. This case is about workers who were not paid for time spent working off the clock. Defendants do not dispute the plaintiffs worked off the clock. Is there anything about this

---

[1] Plaintiffs respectfully request that, after the prospective jurors have completed any questionnaires and the Court has concluded any inquiries, Plaintiffs be permitted to individually question the prospective jurors.

1

case or the nature of the claims that would interfere with your ability to be fair and impartial and to apply the law as instructed by the court?

     3.     Does anyone have a condition, which might prevent you from serving on this jury?

     4.     This trial is scheduled for approximately 2-3 days. Is there anything that would prevent you from being able to appear for that amount of time?

**Questions Related to Parties and Counsel:**

     5.     Do you have any relationship with any of the parties or lawyers in this case:

       a. Toria Anderson;

       b. Wendy Medina;

       c. Dr. Sonny Saggar;

       d. Nicholas Conlon;

       e. Brown, LLC;

       f. Anthony M. Pezzani;

       g. Engelmeyer & Pezzani, LLC;

       h. Eric Kendall Banks;

       i. Banks Law, LLC;

     6.     Do any of you know of the Defendants Dr. Sonny Saggar, Creve Coeur Urgent Care, LLC, Downtown Urgent Care, LLC, North City Urgent Care, LLC, Eureka Clinic LLC, or UCSL LLC

     7.     Would you give credibility to an individual just by virtue of the fact that he or she is a medical professional?

**Previous Litigation Experience:**

8. Has anyone ever filed a claim or a lawsuit, other than a divorce proceeding, against you, a close friend, or family member?

9. For those who were sued, were you satisfied with the outcome of the case?

10. For those who were sued, were you satisfied with the manner in which you were treated by plaintiff's Counsel and the court?

**Professional Experience Questions:**

11. Has anyone ever been a healthcare provider or employed in the medical field?

12. Has anyone ever owned a business with employees?

13. Have you ever attended law school, practiced law, or been employed at a law firm?

14. Does anyone have any training or experience in the area of employment law?

15. Has anyone ever been employed in a position, where you were responsible for employees?

**FLSA Questions:**

16. Do any of you know about, or have any dealings with, the Fair Labor Standards Act?

17. Does anyone believe that an employee should not be paid for all hours worked?

18. Has anyone ever been employed at a job, where the employer failed to keep time records?

19. Does anyone believe that employees should be responsible for recording all hours worked?

20. Has an employer ever refused to pay or compensate you for work performed?

21. Have you ever been audit by the Department of Labor or any other agency for alleged wage and hour violations?

22. Have you ever been accused of shorting employees wages in any manner?

23. Do you believe that hourly paid workers should not be paid time and a half for overtime for hours worked in excess of 40 in a week?

24. Have you ever terminated an employee following a work-related dispute or complaint?

25. Is there any other reason that we haven't spoken about why you think you can not render an impartial and just verdict in this case?

RESPECTFULLY SUBMITTED,

Dated: November 3, 2021      By:   /s Nicholas Conlon
                                   Nicholas Conlon
                                   Brown, LLC
                                   111 Town Square Place, Suite 400
                                   Jersey City, NJ 07310
                                   T: (877) 561-0000
                                   F: (855) 582-5297
                                   nicholasconlon@jtblawgroup.com

                                   *Lead Counsel for Plaintiffs*

                                   Anthony M. Pezzani
                                   Engelmeyer & Pezzani, LLC
                                   13321 N. Outer Forty Road, Suite 300
                                   Chesterfield, MO 63017
                                   (636) 532-9933 Phone

(314) 863-7793 Facsimile
tony@epfirm.com

*Local Counsel for Plaintiffs*