UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TORIA ANDERSON and WENDY MEDINA, individually, and on behalf of others similarly situated,

    Plaintiffs,

vs.

CREVE COEUR URGENT CARE LLC, DOWNTOWN URGENT CARE LLC, EUREKA CLINIC LLC, NORTH CITY URGENT CARE LLC, UCSL LLC, *doing business as* "St. Louis Urgent Cares," and SONNY SAGGAR,

    Defendants.

Case No. 4:16-cv-02136

Judge Henry Edward Autrey

## FINAL JUDGMENT

**THIS MATTER** having been brought before this Court on the Parties' Joint Motion to Dismiss Plaintiff Toria Anderson's Off-the-Clock Claims, Terminate Trial, and Enter Final Judgment, and the Court having read all papers and heard all argument, and for good cause shown,

**IT IS** on this 8th day of November, 2021, **ORDERED** that Parties' Joint Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT:**

Counts I and II of Plaintiffs' Complaint are dismissed with prejudice, but only to the extent they assert that Plaintiffs did not receive any compensation for overtime hours worked off-the-clock ("Off-the-Clock Claims").

Count III of Plaintiffs' Complaint is dismissed with prejudice.

1

As to Plaintiffs' claims in Counts I and II of their Complaint that they were deprived of proper overtime compensation for overtime hours worked on the clock, because such hours were not paid at the proper overtime rate ("Non-Off-the-Clock Claims"), Plaintiffs are entitled to the following damages:

Toria Anderson is entitled to $164.30 in actual damages and $164.30 in liquidated damages, totaling $328.60 in damages.

Wendy Medina is entitled to $269.77 in actual damages and $269.77 in liquidated damages, totaling $539.54 in damages.

Accordingly,

**IT IS HEREBY ORDERED** the Parties' Joint Motion to Dismiss Plaintiff Toria Anderson's Off-the-Clock Claims, Terminate Trial, and Enter Final Judgment is **GRANTED.**

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs' Off-the-Clock Claims are **DISMISSED WITH PREJUDICE.**

**IT IS HEREBY FURTHER ORDERED** that Count III of the Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS HEREBY FURTHER ORDERED** the Court's June 23, 2021 order setting a jury trial for November 8, 2021 [Doc. No. 122] is **VACATED**.

**IT IS HEREBY FURTHER ORDERED** that damages as to Plaintiffs' Non-Off-the-Clock Claims shall be entered in favor of Plaintiffs and against Defendants as follows:

Plaintiff Toria Anderson: $328.60,

Plaintiff Wendy Medina: $539.54,

Total: $868.14.

The Clerk of Court is hereby ordered to enter final judgment accordingly.

Plaintiffs shall have until twenty-one (21) days from the date of this order to file a motion for attorneys' fees and costs pursuant to 29 U.S.C. § 216(b), Mo. Rev. Stat. § 290.527, Fed. R. Civ. P. 54, and Local Rule 08.02.

Dated this 8th day of November, 2021.

                                                      HENRY EDWARD AUTREY
                                              UNITED STATES DISTRICT JUDGE