# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TORIA ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:16CV2136 HEA |
| | ) |
| CREVE COEUR URGENT CARE, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs Toria Anderson and Wendy Medina are awarded attorneys' fees in the amount of $203,070.00 and costs in the amount of $7,198.56 for a total of $210.268.56.

Dated this 29th day of September, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE